## Commonwealth *v.* Billingslee, Appellant.

Argued December 14, 1966. *Thomas R. Kellogg,* Assistant Defender, with him *Leonard Packel,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Charles W. Sweeney, Jr.,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brzozowski, Appellant.

Argued December 13, 1966. *Mervyn R. Turk,* First Assistant Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Watkins, J., absent.